No. 04–1620.  MILLS v. UNITED STATES.  C. A. 4th Cir.  ■

No. 04–1698.  HUSBAND v. UNITED STATES.  C. A. 4th Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 04–9022.  BARTON v. UNITED STATES.  C. A. 4th Cir.  ■

No. 04–9369.  GARNER v. UNITED STATES.  C. A. 11th Cir.

No. 04–9417.  JAMES v. UNITED STATES.  C. A. 11th Cir.  ■

No. 04–9707.  MATA-RAMIREZ v. UNITED STATES.  C. A. 5th Cir.

No. 04–9941.  JOSE v. UNITED STATES.  C. A. 1st Cir.;

No. 04–10221.  HIGDON v. UNITED STATES.  C. A. 11th Cir.

No. 04–10379.  HERRERA v. UNITED STATES.  C. A. 10th Cir.;

No. 04–10394.  MARSHALL v. UNITED STATES.  C. A. 9th Cir.

No. 04–10487.  DAHLMAN v. UNITED STATES.  C. A. 9th Cir.

No. 04–10538.  DECARLO v. UNITED STATES.  C. A. 11th Cir.

No. 04–10596.  SINGER v. UNITED STATES.  C. A. 11th Cir.

No. 04–10608.  EDMONDS v. UNITED STATES.  C. A. 11th Cir.

No. 04–10718.  AVILA-RAMOS v. UNITED STATES.  C. A. 1st Cir.;

No. 04–10725.  FERGUSON v. UNITED STATES.  C. A. 11th Cir.

No. 05–5106.  HINTZ v. UNITED STATES.  C. A. 11th Cir.  ■

No. 05–5374.  WILLIAMS v. UNITED STATES.  C. A. 11th Cir.

No. 05–5398.  PACHINGER v. UNITED STATES.  C. A. 11th Cir.

No. 05–5614.  SANDON v. UNITED STATES.  C. A. 9th Cir.  ■

No. 05–5653.  GILLESPIE *v.* UNITED STATES.  C. A. 11th Cir.

No. 05–5694.  NEWTON *v.* UNITED STATES.  C. A. 6th Cir.

No. 05–5704.  MOODY *v.* UNITED STATES.  C. A. 4th Cir.

No. 05–5917.  NAHIA *v.* UNITED STATES.  C. A. 8th Cir.
Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 04–9218.  MACKEY *v.* UNITED STATES.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzalez* v. *Crosby,* 545 U. S. 524 (2005).

No. 04–10064.  CARTER *v.* ARKANSAS.  Sup. Ct. Ark.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *Massachusetts,* 543 U. S. 462 (2005).

No. 04–10295.  BARNETTE *v.* UNITED STATES.  C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Miller-El* v. *Dretke,* 545 U. S. 231 (2005).

No. 04–9971.  TAYLOR *v.* WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*  JUSTICE STEVENS dissents.  See *id.,* at 4, and cases cited therein.